United States Courts
Southern District of Texas
FILED
*January 24, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **NDUKA KELVIN AGIDIGBI** | § | **Case No. 4:24-cr-0026** |
| **aka K1 aka KELVIN JOHNSON** | § | |
| | § | |
| **Defendant.** | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT

## COUNT ONE
**Sex Trafficking of a Minor**

In or about March 2021 in the Southern District of Texas, Houston Division, and elsewhere, the Defendant

**NDUKA KELVIN AGIDIGBI**

in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized and solicited, by any means Minor Victim 1 (MV1), knowing and in reckless disregard of the fact that MV1, whom defendant had a reasonable opportunity to observe, had not attained the age of 18 years and that MV1 would be caused to engage in a commercial sex act,

**in violation of 18 U.S.C. §§ 1591(a), (b)(2), and (c).**

## NOTICE OF FORFEITURE
**(18 U.S.C. § 1594(d))**

Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to defendant,

**NDUKA KELVIN AGIDIGBI**

that upon his conviction of Count 1, the United States intends to seek forfeiture of:

(1) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(2) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States intends to seek the imposition of a money judgment against the Defendant. The Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of each Defendant up to the amount of the money judgment against that defendant.

A True Bill

Original Signature on File

Grand Jury Foreperson

ALAMDAR S. HAMDANI
United States Attorney

By: [signature]
Anna Swanson
Assistant United States Attorney