United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-24-26 |
| | § | |
| | § | |
| NDUKA KEVIN AGIDIGBI. | § | |

**ORDER**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 46). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 17, 2026 |
| Responses are to be filed by: | August 31, 2026 |
| Pretrial conference is reset to: | **September 14, 2026, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 21, 2026, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final conference.

SIGNED on June 10, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge